THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD R. MILLER, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.

Submitted February 6, 1956; decided February 16, 1956.

Motion to have appeal heard upon the original record and for assignment of counsel granted and Hayden H. Dadd, Esq., Main Street, Attica, New York, assigned as counsel to relator on the appeal herein.

ANNA K. TOOMEY et al., Respondents, v. JAMES J. FARLEY et al., Appellants, et al., Defendants.

Submitted February 6, 1956; decided February 16, 1956.

Motion to have appeal heard upon six copies of the record before the Appellate Division and printed additional papers granted.

RATKO VULOVICH et al., Appellants, v. STEPHEN P. BAICH, Respondent, et al., Defendant.

Argued February 6, 1956; decided February 16, 1956.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion unless, within fifteen days from the date of this order, appellants serve and file the record on appeal and pay $10 costs, in which events motion denied and case set down for argument during the March, 1956, session of the Court of Appeals.